THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CROTONA TRADING CORPORATION and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

WILLIAM C. RATH, Respondent, v. EDWARD J. DEITSCH and ALAN B. DEITSCH, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Kapper, Hagarty, Carswell and Tompkins, JJ.; Lazansky, P. J., not voting.

JULIET RINDELAUB, Respondent, v. ROBERT C. RINDELAUB, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

DOUGLAS O. ROBERTSON, Suing for Himself as Stockholder, etc., Plaintiff, v. JOHN D. SCHOONMAKER and Others, Appellants; COURTLAND PALMER and Others, Defendants, and GERALD A. FAGAN, Respondent. (Action No. 2.) — Motion to modify order of June 8, 1934, in respect to the receivership of the Kingston Dry Dock & Construction Co., Inc., denied without prejudice to said corporation to move at Special Term to vacate or modify the order granting the receivership as to it, or as otherwise advised; and for that purpose a stay of all proceedings under the receivership in respect to said corporation is granted for ten days. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

ADOLF WEXLER, Respondent, v. ISAAC LEVY and Another, Appellants; JOSEPH P. MARCELLE, Receiver in Person, and Others, Defendants. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Motion to resettle order denied. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

PHILIP WOODS, Respondent, v. BARTLEY SCOW CO., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

ANNA CLARK, an Infant under the Age of Fourteen Years, by ANNA CLARK, Her Guardian ad Litem, and ANNA CLARK, Respondents, v. STEEPLECHASE AMUSEMENT COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

JEAN CRIVELENTI, Respondent, and EDWARD CRIVELENTI, Plaintiff, v. OLGA ZELKOVSKY and ADAM ZELKOVSKY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

FRANK DELEHANTY, Respondent, v. ARTHUR DUNAIF, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.